JS-6

FILED
CLERK, U.S. DISTRICT COURT

JAN 24, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID DANESHMAYEH,        )   Case No. **LA 16-cv-06609 VAP (RAOx)**
                          )
        Plaintiffs,      )   **ORDER OF DISMISSAL**
                          )
   v.                     )
                          )
ZENTIS NORTH AMERICA      )
OPERATING, LLC, et al,    )
                          )
        Defendants.      )
_____)

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    **IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT to retain jurisdiction for a period of **forty-five (45) days** to enforce the terms of the settlement.

Dated: January 23, 2018   _____
                                          VIRGINIA A. PHILLIPS
                                          Chief United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm